Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-272-455**

**Effective Date of Registration:**
September 19, 2021
**Registration Decision Date:**
October 21, 2021

---

## Title

        **Title of Work:** Cobblestone Fountain

## Completion/Publication

    **Year of Completion:** 2010
   **Date of 1st Publication:** February 13, 2010
  **Nation of 1st Publication:** United States

## Author

              **Author:** Nicky Boehme
        **Author Created:** 2-D artwork
   **Work made for hire:** No
           **Citizen of:** United States

## Copyright Claimant

   **Copyright Claimant:** Art Licensing International, Inc.
                           P.O. Box 2568, Manchester Centre, VT, 05255
    **Transfer statement:** By written agreement

## Certification

                 **Name:** Patricia Nelson
                  **Date:** September 19, 2021

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-272-020**

**Effective Date of Registration:**
September 23, 2021
**Registration Decision Date:**
October 19, 2021

## Title

**Title of Work:** Country Cottages

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** October 02, 2008
**Nation of 1st Publication:** United States

## Author

- **Author:** Nicky Boehme
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Art Licensing International, Inc.
P.O. Box 2568, Manchester Centre, VT, 05255
**Transfer statement:** By written agreement

## Certification

**Name:** Patricia Nelson
**Date:** September 23, 2021

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**
**VA 2-272-309**
**Effective Date of Registration:**
October 05, 2021
**Registration Decision Date:**
October 20, 2021

---

## Title

**Title of Work:** Merry Christmas

## Completion/Publication

**Year of Completion:** 2004
**Date of 1st Publication:** May 08, 2004
**Nation of 1st Publication:** United States

## Author

- **Author:** Nicky Boehme
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Art Licensing International, Inc.
P.O. Box 2568, Manchester Centre, VT, 05255
**Transfer statement:** By written agreement

## Certification

**Name:** Patricia Nelson
**Date:** October 05, 2021

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-271-657**
**Effective Date of Registration:**
September 10, 2021
**Registration Decision Date:**
October 18, 2021

---

### Title

| | |
|---|---|
| Title of Work: | Christmas Cottage |

### Completion/Publication

| | |
|---|---|
| Year of Completion: | 2010 |
| Date of 1st Publication: | August 21, 2010 |
| Nation of 1st Publication: | United States |

### Author

| | |
|---|---|
| • Author: | Nicky Boehme |
| Author Created: | 2-D artwork |
| Work made for hire: | No |
| Citizen of: | United States |

### Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Art Licensing International, Inc. P.O. Box 2568, Manchester Centre, VT, 05255 |
| Transfer statement: | By written agreement |

### Certification

| | |
|---|---|
| Name: | Patricia Nelson |
| Date: | September 10, 2021 |

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-269-424**

**Effective Date of Registration:**
September 19, 2021
**Registration Decision Date:**
October 04, 2021

## Title

**Title of Work:** Invitation to Dine

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** May 05, 2009
**Nation of 1st Publication:** United States

## Author

- **Author:** Nicky Boehme
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Art Licensing International, Inc.
P.O. Box 2568, Manchester Centre, VT, 05255
**Transfer statement:** By written agreement

## Certification

**Name:** Patricia Nelson
**Date:** September 19, 2021

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-274-287**

**Effective Date of Registration:**
September 06, 2021
**Registration Decision Date:**
November 04, 2021

## Title

| | |
|---|---|
| Title of Work: | Halloween House |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2016 |
| Date of 1st Publication: | September 14, 2016 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| Author: | Nicky Boehme |
| Author Created: | 2-D artwork |
| Work made for hire: | No |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Art Licensing International, Inc.<br>P.O. Box 2568, Manchester Centre, VT, 05255 |
| Transfer statement: | By written agreement |

## Certification

| | |
|---|---|
| Name: | Patricia Nelson |
| Date: | September 06, 2021 |

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-274-018**

**Effective Date of Registration:**
October 05, 2021
**Registration Decision Date:**
November 01, 2021

## Title
- **Title of Work:** Joyful Celebration

## Completion/Publication
- **Year of Completion:** 2005
- **Date of 1st Publication:** September 08, 2005
- **Nation of 1st Publication:** United States

## Author
- **Author:** Nicky Boehme
- **Author Created:** 2-D artwork
- **Work made for hire:** No
- **Citizen of:** United States

## Copyright Claimant
- **Copyright Claimant:** Art Licensing International, Inc.
  P.O. Box 2568, Manchester Centre, VT, 05255
- **Transfer statement:** By written agreement

## Certification
- **Name:** Patricia Nelson
- **Date:** October 05, 2021

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-272-013**

**Effective Date of Registration:**
September 23, 2021
**Registration Decision Date:**
October 19, 2021

---

## Title

        **Title of Work:** Heaven On Earth 2

## Completion/Publication

        **Year of Completion:** 2008
        **Date of 1st Publication:** March 21, 2008
        **Nation of 1st Publication:** United States

## Author

        • **Author:** Nicky Boehme
        **Author Created:** 2-D artwork
        **Work made for hire:** No
        **Citizen of:** United States

## Copyright Claimant

        **Copyright Claimant:** Art Licensing International, Inc.
        P.O. Box 2568, Manchester Centre, VT, 05255
        **Transfer statement:** By written agreement

## Certification

        **Name:** Patricia Nelson
        **Date:** September 23, 2021

Page 1 of 1

